1  Robert C. Bowman, Jr., (SBN: 232388)
   Laura Reich (SBN: 289115)
2  **LAW OFFICES OF BOWMAN & ASSOCIATES**
   *A Professional Corporation*
3  3841 North Freeway Boulevard, Suite 185
   Sacramento, CA 95834
4  Telephone: (916) 923-2800
   Facsimile: (916) 923-2828
5
   Attorney for Plaintiff
6  RICHARD HRANAC

7  DOUGLAS A. WICKHAM, Bar No. 127268
   LITTLER MENDELSON, P.C.
8  633 West 5th Street
   63rd Floor
9  Los Angeles, CA  90071
   Telephone:    213.443.4300
10 Facsimile:    213.443.4299

11 RICHARD R. GRAY, Bar No. 071030
   JOHN H. ADAMS, JR., Bar No. 253341
12 LITTLER MENDELSON, P.C.
   500 Capitol Mall
13 Suite 2000
   Sacramento, CA  95814
14 Telephone:    916.830.7200
   Facsimile:    916.561.0828
15
   Attorneys for Defendant
16 LINDE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HRANAC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LINDE, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:17-CV-00944-MCE-GGH<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF DATE**<br><br>Current Date:　　May 4, 2018<br>New Date:　　　August 3, 2018 |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

Firmwide:154414331.1 059248.1017                              Case No. 2:17-CV-00944-MCE-GGH

JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF DATE

# STIPULATION

Plaintiff RICHARD HRANAC ("Hranac" or "Plaintiff") and Defendant LINDE, LLC ("Linde" or "Defendant"), have been diligently working to complete all discovery by the May 4, 2018, deadline. However, due to unforeseen issues, the parties have been unable to complete the deposition of non-party witness Paul Ares. The parties are also currently engaged in settlement negotiations.

Plaintiff served Ares with a deposition subpoena on April 4, 2018, commanding Mr. Ares to appear for deposition on April 16, 2018. Without any excuse, Mr. Ares did not appear for his deposition. Defendant then served another subpoena on Mr. Ares, commanding him to appear for deposition on May 3, 2018. Mr. Ares responded indicating that he was not available any time prior to the discovery cutoff. Defendant is confident that Mr. Ares will appear for deposition once a mutually agreeable date is selected.

Therefore, the parties, by and through their respective counsel of record, hereby stipulate and agree that that the non-expert discovery cutoff should be extended until August 3, 2018.

**IT IS SO STIPULATED.**

Dated: May 2, 2018

*/s/ Laura Reich (as authorized on 05.02.18)*
Robert C. Bowman, Jr.
Laura Reich
**LAW OFFICES OF BOWMAN & ASSOCIATES**
Attorneys for Plaintiff RICHARD HRANAC

Dated: May 2, 2018

*/s/ John H. Adams, Jr.*
DOUGLAS A. WICKHAM
RICHARD R. GRAY
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
LINDE, LLC

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Firmwide:154414331.1 059248.1017     2.     Case No. 2:17-CV-00944-MCE-GGH
JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF DATE

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby ORDERS that the non-expert discovery cutoff shall be extended up to and including August 3, 2018.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Firmwide:154414331.1 059248.1017         3.         Case No. 2:17-CV-00944-MCE-GGH

JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF DATE