UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HRANAC,<br><br>        Plaintiff,<br><br>v.<br><br>LINDE, LLC, and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No. 2:17-CV-00944-MCE-GGH<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

In light of the Stipulation Re Dismissal with Prejudice ("Stipulation") by and between Plaintiff RICHARD HRANAC and Defendant LINDE, LLC, and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court DISMISSES this action WITH PREJUDICE, each party to bear his and its attorneys' fees and costs incurred in connection with the prosecution or defense of this action.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Case No. 2:17-CV-00944-MCE-GGH